## SEPTEMBER TERM, 1881. 289

Lawrence *vs.* The State—Holland *vs.* Sewell—Coker *vs.* McKinney.

## LAWRENCE *vs.* THE STATE.

1. The verdict was a necessary consequence of the evidence in this case.

(*a*.) Human intent can only be ascertained by acts and conduct; and the law presumes that every act which is in itself unlawful, was criminally intended, until the contrary is made to appear.

2. To constitute a principal in the second degree, one must aid and abet the principal in the first degree. To charge that aiding or abetting is sufficient, is error.

(*a*.) Under the evidence in this case, the charge does not appear to have injured the defendant.

CRAWFORD, Justice.

---

## HOLLAND *vs.* SEWELL.

The legal questions in this case are controlled by the rulings made when it was here before (61 *Ga.,* 609); there are no errors of law which require a new trial, and the verdict is supported by the evidence.

SPEER, Justice.

---

## COKER *vs.* MCKINNEY.

To sustain a verdict for the plaintiff in a case of forcible entry and detainer, some force, or show of force, must be shown. Where one went to an unoccupied house and deposited bed-clothing there, and when notified to leave by a person who had been in possession of the land on which the house stood for several years, replied that he had bought the land and was in possession, and declined to leave, this was not alone such use of force as to sustain a proceeding for forcible entry and detainer.

CRAWFORD, Justice.